

Summons in a Civil Action (Rev 11/97)

# United States District Court

**FILED**
08 AUG 18 PM 3:59

## SOUTHERN DISTRICT OF CALIFORNIA

KASSIM ABDULKHALIK, Individually

vs

CITY OF SAN DIEGO, and Does
1-20, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1515 LAB NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth A. Kuwayti (SBN 145384); Teresa N. Burlison (SBN 230854)
Email: KKuwayti@mofo.com; TBurlison@mofo.com
Morrison & Foerster LLP - 755 Page Mill Road, California 94304-1018
Telephone: 650-813-5600; Fax: 650-494-0792

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG 18 2008

_____
W. Samuel Hamrick, Jr.
CLERK

_____
DATE

By _____LLOYD_____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

